DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WELLS

No. 225P82.

Case below: 54 N.C. App. 192.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

STATE v. WHITE

No. 286P82.

Case below: 54 N.C. App. 451.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

STATE ex rel. UTILITIES COMMISSION v.
    PUBLIC SERVICE COMPANY

No. 216PA82.

Case below: 56 N.C. App. 448.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 13 July 1982.

STONE v. MARTIN

No. 232P82.

Case below: 56 N.C. App. 473.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

SULLIVAN v. SMITH

No. 263P82.

Case below: 56 N.C. App. 525.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.